JOHN R. DENZA et al., Appellants, v INDEPENDENCE PLAZA ASSOCIATES, LLC, et al., Respondents.

Submitted August 20, 2012; decided October 30, 2012

Motion by Office of the Manhattan Borough President Scott M. Stringer et al., insofar as it seeks leave to appear amici curiae on the motion for leave to appeal herein, granted and the proposed brief is accepted as filed; motion, insofar as it seeks leave to appear amici curiae on the appeal herein, dismissed as academic.

In the Matter of GREGORY J. GILBERT, Appellant, v CINDY G. LAFAVE, Respondent.

Submitted September 10, 2012; decided October 30, 2012

Motion for leave to appeal dismissed upon the ground that appellant is not a party aggrieved (see CPLR 5511). Motion for poor person relief dismissed as academic.

In the Matter of SHAWN G. GRANGER, Respondent, v DANIELLE D. MISERCOLA, Appellant.

Submitted August 6, 2012; decided October 30, 2012

Motion for leave to appeal granted. Motion for poor person relief granted.